UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Craig Bustillo

VS.

CA NO. 06-11L

USA

**ORDER**

The government's response to the Defendant's motion to vacate, set aside, or correct sentence filed on January 12, 2006 is due on February 15, 2006.

ENTER:

Ronald R. Lagueux

Ronald R. Lagueux
Senior U.S. District Judge
DATED: 1/17/06

BY Order:

Deputy Clerk